# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 6D23-2286
Lower Tribunal No. 2019-CA-015270-O

———————————————

U.S BANK TRUST NATIONAL ASSOCIATION, not in its individual capacity but solely as Owner Trustee for VRMTG ASSET TRUST,

Appellant,

v.

RENEE L. FYE, NORTHWOOD ASSOCIATION, INC., EASTWOOD COMMUNITY ASSOCIATION, INC., and DOUGLAS A. FYE,

Appellees.

———————————————

Appeal from the Circuit Court for Orange County.
Jeffrey L. Ashton, Judge.

January 9, 2024

PER CURIAM.

AFFIRMED.

STARGEL, WOZNIAK and SMITH, JJ., concur.


David Rosenberg, of Robertson, Anschutz, Schneid, Crane & Partners, PLLC, Boca Raton, for Appellant.

Dineen Pashoukos Wasylik, of DPW Legal, Tampa, for Appellee, Renee L. Fye.

No Appearance for Appellees, Northwood Association, Inc., Eastwood Community Association, Inc., and Douglas A. Fye.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF TIMELY FILED